

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

23-cv-13824
Judge Pallmeyer
Magistrate Judge Gilbert
DIRECT / CAT 3

**United States District Court**
**Northern District of Illinois**

Plaintiff
Christopher Bayley
v.
Conde

Defendant

**RECEIVED**
SEP 18 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT

been in IL a year as of Oct. 13th. Had judges threaten too fight me, arrestting officers try and bribe me, multiple complaints from civilians and next door neighbors about corruption in law enforcement and city court. Publicly blasting people on Facebook with no evidence. Public defenders being discrimatory in cases. Cops barging into my home like they own the place over a mattress. That's not even the person's mattress that is claiming it's theirs. I currently have d1 counts of evidence proving corruption on my phone

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]